Eve H. Cervantez (SBN 164709)
ecervantez@altshulerberzon.com
Danielle E. Leonard (SBN 218201)
dleonard@alshulerberzon.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Matthew J. Matern (SBN 159798)
mmatern@maternlawgroup.com
Dalia R. Khalili (SBN 253840)
dkhalili@maternlawgroup.com
MATERN LAW GROUP, PC
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, California 90266
Telephone: (310) 531-1900
Facsimile: (310) 531-1901

*Attorneys for Plaintiffs and the Proposed Class*

[Additional Counsel on Following Page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

DOUG YAUNEY, individually on behalf of himself and all others similarly situated,

Plaintiff,

v.

HCI, LLC,

Defendant.

Case No. 5:22-cv-1769-WLH-SHK

**DECLARATION OF J. GERARD STRANCH, IV IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT LIMITED DISCOVERY**

JURY DEMANDED

Date: August 18, 2023
Time: 1:00 p.m.
Location: 350 W. 1st Street, Courtroom 9B, 9th Floor, Los Angeles, CA 90012
Judge Wesley L. Hsu
Magistrate Judge Shashi H. Kewalraman

J. Gerard Stranch, IV, *pro hac vice*
gstranch@stranchlaw.com
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Telephone: (615) 254-8801

Lynn A. Toops, *pro hac vice*
ltoops@cohenandmalad.com
Amina A. Thomas, *pro hac vice*
athomas@cohenandmalad.com
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Telephone: (317) 636-6481

Samuel Strauss*
Sam@turkestrauss.com
Raina C. Borrelli, *pro hac vice*
Raina@turkestrauss.com
TURKE & STRAUSS, LLP
613 Williamson Street, Suite 201
Madison, WI 53703
Telephone: (608) 237-1775

*Attorneys for Plaintiffs and the Proposed Class*

**pro hac vice* application forthcoming

I, J. Gerard Stranch, IV, declare as follows:

1. I am counsel of record for Plaintiff Doug Yauney in this action. I am a member in good standing of the State Bar of Tennessee and am admitted in this action pro hac vice.

2. On October 7, 2022, this civil action was filed (Docket Entry No. 1).

3. On December 2, 2022, copies of the complaint, summons, and standing order in this action were served upon HCI, LLC, through Simon Wachsberg, its managing director. A return of service, along with the completed proof of service, was filed with the Court on December 7, 2022 (Docket Entry No. 26).

4. On February 22, 2023, Plaintiff Doug Yauney requested entry of default against HCI, LLC, pursuant to Rule 55(a) (Docket Entry No. 27). In connection with that request, Plaintiff served Mr. Wachsberg with the Request for Entry of Default document filed with the court (*Id.* at PageID 92 (Proof of Service)).

5. On February 28, 2023, Mr. Wachsberg contacted Plaintiff's counsel, claiming he was not a corporate manager for HCI, despite his inclusion as such in HCI, LLC's most current information on file with the California Secretary of State. In his email, Mr. Wachsberg averred that all assets had been assigned to Armory Consulting Co. and attached a notice of assignment, attached hereto as Exhibit 1.

6. On June 13, 2023, my associate, Michael Iadevaia, contacted Mr. Wachsberg by email to attempt to convene a conference pursuant to Local Rule 7-3 regarding Plaintiff's motion for leave to conduct limited discovery.

7. Mr. Wachsberg continues to refuse to cooperate. He forwarded the efforts to confer to a representative, James Wong, and counsel for Armory Consulting, David Golubchik. However, neither individual has replied.

8. Because of Mr. Wachsberg's continued refusal to respond, Plaintiff cannot convene the required conference under Local Rule 7-3. Additionally, Plaintiff cannot obtain HCI's position on the motion, therefore, Plaintiff represents that HCI has not taken a position on the motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 23rd day of June 2023 in Nashville, Tennessee.

/s *J. Gerard Stranch, IV*

J. Gerard Stranch, IV

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing has been served via First-Class United States mail to:

HCI, LLC
c/o Simon Wachsberg
10811 Bridlewood St.
Houston, TX 77024-5414

This 23rd day of June 2023.

By: /s

J. Gerard Stranch, IV