Eve H. Cervantez (SBN 164709)
ecervantez@altshulerberzon.com
Danielle E. Leonard (SBN 218201)
dleonard@alshulerberzon.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Matthew J. Matern (SBN 159798)
mmatern@maternlawgroup.com
Dalia R. Khalili (SBN 253840)
dkhalili@maternlawgroup.com
MATERN LAW GROUP, PC
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, California 90266
Telephone: (310) 531-1900
Facsimile: (310) 531-1901

*Counsel for Plaintiff and the Proposed Class*
Additional Counsel on the following page

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DISTRICT

| | |
|---|---|
| DOUG YUANEY, individually on behalf of himself and other similarly situated.<br><br>        Plaintiff,<br>vs.<br>HCI, LLC,<br><br>        Defendant | Case No.: 5:22-cv-1769-WLH-SHK<br><br>REQUEST FOR REMOTE APPEARANCE |

J. Gerard Stranch, IV, *pro hac vice*
gstranch@stranchlaw.com
Michael C. Iadevaia, *pro hac vice*
miadevaia@stranchlaw.com
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue,
Suite 200 Nashville, Tennessee 37203
Telephone: (615) 254-8801

Lynn A. Toops, *pro hac vice*
ltoops@cohenandmalad.com
Amina A. Thomas, *pro hac vice*
athomas@cohenandmalad.com
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481

Samuel Strauss*
Sam@turkestrauss.com
Raina C. Borrelli, *pro hac vice*
Raina@turkestrauss.com
TURKE & STRAUSS, LLP
613 Williamson Street, Suite 201
Madison, WI 53703
Tel: 608-237-1775

*Attorneys for Plaintiff*
**pro hac vice* application forthcoming*

# REQUEST FOR REMOTE APPEARANCE

Plaintiff's counsel respectfully requests that the status conference presently scheduled for February 28, 2025, be conducted by remote hearing. Plaintiff avers that good cause exists because lead counsel for the Plaintiff are located in Nashville, Tennessee, and it is unlikely Defendant or a representative for Defendant will participate given its defaulted status and unwillingness to participate in this matter. In addition, the attendant circumstances involved in this case, detailed in the status report, counsel in favor of avoiding further costs incurred in this action.

Dated: February 20, 2025              Respectfully submitted:

                                                     */s/ J. Gerard Stranch, IV*

                                                  Eve H. Cervantez (SBN 164709)
                                                  ecervantez@altshulerberzon.com
                                                  Danielle E. Leonard (SBN 218201)
                                                  dleonard@alshulerberzon.com
                                                  ALTSHULER BERZON LLP
                                                  177 Post Street, Suite 300
                                                  San Francisco, California 94108
                                                  Telephone: (415) 421-7151
                                                  Facsimile: (415) 362-8064

                                                  Matthew J. Matern (SBN 159798)
                                                  mmatern@maternlawgroup.com

                                                  Dalia R. Khalili (SBN 253840)
                                                  dkhalili@maternlawgroup.com
                                                  MATERN LAW GROUP, PC

1230 Rosecrans Avenue, Suite 200
Manhattan Beach, California 90266
Telephone: (310) 531-1900
Facsimile: (310) 531-1901

J. Gerard Stranch, IV, *pro hac vice*
gstranch@stranchlaw.com
Michael C. Iadevaia, *pro hac vice*
miadevaia@stranchlaw.com
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Telephone: (615) 254-8801

Lynn A. Toops, *pro hac vice*
ltoops@cohenandmalad.com
Amina A. Thomas, *pro hac vice*
athomas@cohenandmalad.com
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481

Samuel Strauss*
Sam@turkestrauss.com
Raina C. Borrelli, *pro hac vice*
Raina@turkestrauss.com
TURKE & STRAUSS, LLP
613 Williamson Street, Suite 201
Madison, WI 53703
Tel: 608-237-1775

*Attorneys for Plaintiff*
\**pro hac vice* application forthcoming
*Counsel for Plaintiff and the Proposed Class*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been served via First-Class United States mail on this 20th day of February 2025 to:

>HCI, LLC
>c/o Simon Wachsberg
>10811 Bridlewood St.
>Houston, TX 77024-5414

A courtesy copy has been mailed to the Chambers of the Honorable Wesley Hsu via First-Class United States mail on this 20th day of February 2025 at:

>The Honorable Wesley L. Hsu
>First Street Courthouse
>350 W. 1st Street
>Courthouse 9B, 9th Floor
>Los Angeles, CA 90012

>*/s/ Gerard Stranch, IV*
>J. Gerard Stranch, IV