JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG YAUNEY, individually on behalf of himself and other similarly situated.<br><br>    Plaintiff,<br>vs.<br>HCI, LLC,<br><br>    Defendant | Case No.: 5:22-cv-1769-WLH-SHK<br><br>**ORDER DECERTIFYING CLASS AND DISMISSING CASE [62]** |

On March 4, 2025, Plaintiff filed a Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court, having considered Plaintiff's Notice, hereby ORDERS as follows:

1. Pursuant to the Court's authority under Federal Rule of Civil Procedure Rule 23(c), the Court hereby WITHDRAWS its order previously certifying a class pursuant to Rules 23(a) and 23(b)(3). (Dkt. 53). The class is hereby DECERTIFIED, Plaintiff Doug Yauney is relieved of his duties as a class representative, and class counsel are relieved of their obligations to the class.

2. The action is hereby DISMISSED WITHOUT PREJUDICE to Yauney or the proposed class under Fed. R. Civ. P. 41(a)(1)(A)(i).

3. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATE: 3/13//2025

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE